Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 7 |
| Percy Randall, | Case No. 18-27643-JKS |
| | Hearing Date: |
| Debtor. | Judge: John K. Sherwood |

## CERTIFICATION RE CALCULATION OF AMOUNTS DUE
## (NOTE AND MORTGAGE DATED JULY 6, 2006)

___Chastity Wilson_____ of full age, employed as _Assistant Secretary_____

by _Nationstar Mortgage LLC DBA_____, hereby certifies the following:
   Mr. Cooper

Recorded on July 31, 2006, in Nassau County, in Book 30793, at Page 375-395

Property Address: 176 Hazelwood Dr, Westbury, NY 11590

Mortgage Holder: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-HE1

Mortgagors/Debtors: Percy Randall

1. PAYOFF STATEMENT

| | | |
|---|---|---|
| Unpaid Principal Balance | $ | 559,253.30 |
| Accrued interest from   n/a   to   n/a | $ | 372,095.80 |

(Interest rate = n/a per year; n/a per day X n/a days)

| | | |
|---|---|---|
| Unearned interest from ___n/a___ to ___n/a___ | $ | n/a |
| Per diem interest from ___n/a___ to ___n/a___ | $ | n/a |
| Late Charges from ___n/a___ to ___n/a___ ___n/a___ /mo X ___n/a___ months) | $ | n/a |
| Attorney's fees and costs as of ___9/5/2018___ | $ | n/a |
| Advances through _____ for: | | |
|       Real Estate Taxes | $ | n/a |
|       Insurance premiums | $ | n/a |
|       Other | $ | n/a |
|       *Sub-Total of Advances* | $ | n/a |
|       Less Escrow Monies | $ | n/a |
|       *Net Advances* | $ | n/a |
| Interest on advances from ___n/a___ to ___n/a___ | $ | n/a |
| Other charges (specify) | | |
|       Costs (attorney's fees, other costs): | $ | 15,409.70 |
|       Advances (property taxes, insurance): | $ | 233,801.25 |
|       Less suspense account or partial balance paid: | $ | 0.00 |
| Less unearned interest | $ | n/a |
| **Date of last payment:** ___7/1/2008___ | | |
| **TOTAL DUE AS OF** ___9/5/2018___ | $ | 1,180,560.05 |

## 2. EQUITY ANALYSIS (When appropriate)

| | | |
|---|---|---|
| Estimated fair market value of real estate (as of 9/5/2018) | $ | 581,027.00 |
| *Source: ___Schedules___ (e.g. appraisal, tax bill/assessment, contract of sale, debtor's schedules, etc.) | | |
| Liens on the real estate | | |
|   1.  Real estate taxes as of ___9/5/2018___ | $ | n/a |
|   2.  First Mortgage (principal and interest), as of ___9/5/2018___ | $ | 931,349.10 |
|   3.  Second Mortgage (principal and interest), as of ___n/a___ | $ | n/a |
|   4.  Other (10% Cost of Sale) | $ | n/a |
|   5.  Other (Homestead Exemption) | $ | n/a |
| **TOTAL LIENS** | $ | 931,349.10 |
| **APPARENT EQUITY AS OF** ___9/5/2018___ | $ | 0 |

**   If negative, insert zero (0).

I certify under penalty of perjury that the above is true.

  September 21, 2018
Date

Signature          Chastity Wilson
                   Assistant Secretary of
                   Nationstar Mortgage LLC
                   d/b/a Mr. Cooper
                   Affiant