# Exhibit "B"

| *Motion For Relief Information* | | | | | | Version # | |
|---|---|---|---|---|---|---|---|
| | | | | | | Last Revised Date: | 9/5/2018 |
| Loan Demographics | | | | | | | |
| Account Number | | Case Number | 1827643 | Property Address | 176 HAZELWOOD DR WESTBURY NY 11590 | | |
| Bankruptcy Filing Information | | | | | | Repeat Filer | No |
| Filed By | Percy Randall | Chapter Filed | | Chapter 7 | | Gov't Loan | No |
| | | Bankruptcy Filing Date | 8/31/2018 | | | POC Filing Date | N/A |
| District | DISTRICT OF NEW JERSEY | | | | | 1st Post Due Date | N/A |
| Beneficiary (Action in the Name of) | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE1 | | | | | | |
| First Borrower | | | | | | Non-filing Co-Signer | |
| Name | PERCY RANDALL | | | SSN | | | |
| Second Borrower | | | | | | Non-filing Co-Signer | |
| Name | | | | SSN | | | |

| Payoff Figures as of: | | 9/5/2018 | Delinquent Contractual/Post Petition Payments | | | | |
|---|---|---|---|---|---|---|---|
| Unpaid Balance | $ | 559,253.30 | Date Due | Amount Due (P&I and Escrow) | Principle & Interest | Escrow | Number of Months | Total Due |
| Interest Amount | $ | 372,095.80 | 8/1/2008 | $ 5,528.88 | $ 3,596.64 | $ 1,932.24 | 1 | $ 5,528.88 |
| Interest Rate | | 7.125% | 9/1/2008 to 2/1/2009 | $ 6,009.00 | $ 4,076.76 | $ 1,932.24 | 6 | $ 36,054.00 |
| Per Diem | $ | 109.17 | 3/1/2009 to 8/1/2009 | $ 5,641.22 | $ 3,708.98 | $ 1,932.24 | 6 | $ 33,847.32 |
| Escrow Advance | $ | 233,801.25 | 9/1/2009 to 2/1/2010 | $ 5,535.00 | $ 3,602.76 | $ 1,932.24 | 6 | $ 33,210.00 |
| Corporate Advance | $ | 15,409.70 | 3/1/2010 to 8/1/2010 | $ 5,535.00 | $ 3,602.76 | $ 1,932.24 | 6 | $ 33,210.00 |
| NSF | $ | - | 9/1/2010 to 2/1/2011 | $ 5,534.99 | $ 3,602.75 | $ 1,932.24 | 6 | $ 33,209.94 |
| Total Suspense* | $ | - | 3/1/2011 to 8/1/2011 | $ 5,534.99 | $ 3,602.75 | $ 1,932.24 | 6 | $ 33,209.94 |
| | | | 9/1/2011 to 2/1/2012 | $ 5,535.00 | $ 3,602.76 | $ 1,932.24 | 6 | $ 33,210.00 |
| | | | 3/1/2012 to 8/1/2012 | $ 5,534.99 | $ 3,602.75 | $ 1,932.24 | 6 | $ 33,209.94 |
| | | | 9/1/2012 to 2/1/2013 | $ 5,535.00 | $ 3,602.76 | $ 1,932.24 | 6 | $ 33,210.00 |
| | | | 3/1/2013 to 8/1/2013 | $ 5,534.99 | $ 3,602.75 | $ 1,932.24 | 6 | $ 33,209.94 |
| | | | 9/1/2013 to 2/1/2014 | $ 6,345.57 | $ 4,413.33 | $ 1,932.24 | 6 | $ 38,073.42 |
| | | | 3/1/2014 to 8/1/2014 | $ 5,500.35 | $ 3,568.11 | $ 1,932.24 | 6 | $ 33,002.10 |
| | | | 9/1/2014 to 2/1/2015 | $ 5,500.35 | $ 3,568.11 | $ 1,932.24 | 6 | $ 33,002.10 |
| | | | 3/1/2015 to 8/1/2015 | $ 5,500.35 | $ 3,568.11 | $ 1,932.24 | 6 | $ 33,002.10 |
| | | | 9/1/2015 to 2/1/2016 | $ 5,500.35 | $ 3,568.11 | $ 1,932.24 | 6 | $ 33,002.10 |
| | | | 3/1/2016 to 8/1/2016 | $ 5,500.35 | $ 3,568.11 | $ 1,932.24 | 6 | $ 33,002.10 |
| | | | 9/1/2016 to 2/1/2017 | $ 5,500.35 | $ 3,568.11 | $ 1,932.24 | 6 | $ 33,002.10 |
| | | | 3/1/2017 to 8/1/2017 | $ 5,500.35 | $ 3,568.11 | $ 1,932.24 | 6 | $ 33,002.10 |
| | | | 9/1/2017 to 2/1/2018 | $ 5,500.35 | $ 3,568.11 | $ 1,932.24 | 6 | $ 33,002.10 |
| | | | 3/1/2018 to 8/1/2018 | $ 5,513.67 | $ 3,581.43 | $ 1,932.24 | 6 | $ 33,082.02 |
| | | | 9/1/2018 | $ 5,678.77 | $ 3,746.53 | $ 1,932.24 | 1 | $ 5,678.77 |
| *Includes all Pre-Petition and Post - Petition Suspense | | | Suspense** | $ - | | | | $ |
| TOTAL | $ | 1,180,560.05 | TOTAL | | | | | $ 681,960.97 |

*IF Chapter 13, will include Post Petition Suspense
**If Chapter 7, will include all suspense

| MFR Dates/Amount | | National Settlement Agreement* | |
|---|---|---|---|
| Contractual Due Date as per LSAMS | 8/1/2008 | Is this loan under the National Settlement Agreement? | |
| Current Post Petition Due date as per Post Ledger | N/A | | |
| Contractual/Post Petition Payment Amount Due (P&I and Escrow) | $ 5,528.88 | *All loans acquired from Bank of America effective January 1,2013. | |

| Other Information | | Right to Foreclosure Language* |
|---|---|---|
| Property Treatment | Surrendered | right to foreclose language in the Motion for Relief |
| Property Status | Secured | |
| Motion for Dismissal Filing Date | N/A | |
| Pending Discharge | No | **All Motions for Relief from Stay shall include a statement that sets forth the basis for asserting that the applicable party has the right to foreclose.** |
| Trustee Pay All | No | |
| Loss Mitigation Status | Not Active | |
| Interest Amount at the Time of Filing | #REF! | |

of any and all available denial letters are required in CA
quired.  IF for FL and MD,  breakdown for Corp Advances and Escrow Advances are required
l payment history is needed for one year prior to the contractual due date.

| Payment Address | All payments and mail | | |
|---|---|---|---|
| Nationstar Mortgage LLC | should be addressed as | Comments | |
| 350 Highland Drive | ATTN: Bankruptcy Dept | | |
| Lewisville, Texas 75067 | | | |
| **Correspondence Address** | | | |
| Nationstar Mortgage LLC | | | |
| PO Box 630267 | | | |
| Irving, Texas 75063 | | | |
| | | LPR: 7/01/08 | |
| | | Processed by | Riya Javiya |

Escrow Advances

| Escrow Account | Date | Recovery (Debit) | Advance (Credit) | Escrow Account | Date | Recovery (Debit) | Advance (Credit) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | | | Subtotals from Right Table | $0.00 | $0.00 |
| | | | | | Subtotal Carried Forward from Left Table | $0.00 | $0.00 |
| | Subtotals from Left Table | $0.00 | $0.00 | | Subtotals | $0.00 | $0.00 |
| | Subtotals | $0.00 | $0.00 | | -Petition Escrow Advance Balance | | $0.00 |

## Corporate Advances

| Description | Invoice Date | Amount | Description | Invoice Date | Amount |
|---|---|---|---|---|---|
| | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Subtotal Carried Forward from Left Column | | $0.00 |
| Subtotal | | $0.00 | | Total Corporate Advances | | $0.00 |